UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA LUCERO, individually and on behalf of
other similarly situated individuals,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY;
NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY;
NATIONWIDE GENERAL INSURANCE COMPANY;
NATIONWIDE INSURANCE COMPANY OF AMERICA;
NATIONWIDE ASSURANCE COMPANY;
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY;
TITAN INDEMNITY COMPANY;
VICTORIA FIRE AND CASUALTY COMPANY,

    Defendants.

## NOTICE OF REMOVAL

Defendants, Nationwide Mutual Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company, Nationwide Insurance Company of America, Nationwide Assurance Company, Nationwide Mutual Fire Insurance Company, Titan Indemnity Company, and Victoria Fire and Casualty Company, serve notice upon Plaintiff and the Court of their removal of this action from the Second Judicial District Court, County of Bernalillo, New Mexico, D-202-CV-2019-01051, and state as follows:

    1.    Plaintiff Patricia Lucero is a citizen of New Mexico and resident of Bernalillo County, New Mexico.

    2.    Nationwide Mutual Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company, Nationwide Insurance Company of America, Nationwide Assurance Company, Nationwide Mutual Fire Insurance Company, and

Victoria Fire and Casualty Company are all Ohio corporations, and all have their principal place of business in Columbus, Ohio.

3. Titan Indemnity Company was a Texas Corporation with its principal place of business in San Antonio, Texas. In January 2019, Titan Indemnity Company merged into Titan Insurance Company. Titan Insurance Company is a Michigan corporation with its principal place of business in Troy, Michigan.

4. This cause is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity between the parties.

5. Attached is a copy of the Amended Complaint and Exhibits served upon Defendant identified as **Exhibit A** and a copy of the docket of the Second Judicial District Court, County of Bernalillo, New Mexico identified as **Exhibit B**.

6. Plaintiff commenced this action in the Second Judicial District Court, County of Bernalillo, New Mexico on February 6, 2019. Plaintiff did not serve Defendants with her original complaint.

7. Plaintiff filed an Amended Complaint on February 13, 2019. *See id.*

8. Plaintiff served the amended complaint upon the Superintendent of the Office of Superintendent of Insurance on March 6, 2019. Thus, this removal is timely under 28 U.S.C. § 1446 because it is being filed within thirty days of service upon Defendants and all Defendants consent to removal.

9. Plaintiff's Amended Complaint seeks damages from Defendants based upon alleged negligence, violations of the New Mexico Unfair Trade Practices Act, violations of the New Mexico Unfair Insurance Practices Act, breach of the covenant of good faith and fair dealing,

unjust enrichment, negligent misrepresentation, breach of contract and unjust enrichment. Plaintiff also seeks reformation of her contract of insurance, and declaratory and injunctive relief.

10. Specifically, Plaintiff alleges that she was damaged in the amount of $25,000 when her insurer, Titan Indemnity Company, denied her claim for uninsured/underinsured motorist coverage, and seeks treble those damages ($75,000) pursuant to NMSA 1978, Sections 57-12-10(B). *See* Am. Complaint (demanding $25,000 in UM/UIM benefits); *See* Am. Complaint, ¶¶ 45-46 (alleging Plaintiff demanded, and was denied, $25,000 in UM/UIM benefits); *See* Am. Complaint at p.23 (demanding treble damages).

11. Plaintiff also seeks attorney's fees which, if even just $1, coupled with Plaintiff's claim for treble $25,000 in damages, places more than $75,000 in controversy between the parties. *See* Am. Complaint at p. 23.

12. Plaintiff also seeks injunctive relief requiring Defendants to "properly inform Lucero . . . throughout the application and policy underwriting process of the true value of the underinsured motorist benefits that are being advertised and sold." *See* Am. Complaint at p. 23.

13. Whether measured as the value of the benefit to Plaintiff or the cost of compliance to Defendants, attributing even just $1 to Plaintiff's claim for injunctive relief, coupled with Plaintiff's claim for $75,000 in damages, places more than $75,000 in controversy.

WHEREFORE, Defendants pray that the Court take jurisdiction of this action pursuant to this Notice of Removal and issue all necessary orders and process in order to remove the above captioned case from the Second Judicial District Court, County of Bernalillo, New Mexico, to the United States District Court for the District of New Mexico.

Respectfully Submitted,

**ALLEN LAW FIRM, LLC**

/s/ Meena H. Allen
MEENA H. ALLEN
6121 Indian School Road, NE, Suite 230
Albuquerque, New Mexico 87110
(505) 298-9400

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kedar Bhasker
1400 Central Ave. SW, Suite 2000
Albuquerque, NM 87106

Corbin Hildebrandt
1400 Central Ave., SE, Suite 2000
Albuquerque, NM 87106


/s/ Meena H. Allen
Meena H. Allen