# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

PATRICIA LUCERO, individually and on
behalf of other similarly situated individuals,

    Plaintiff,

v.

                    1:19-cv-00311-WJ-JMR

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

    Defendants.

## ORDER ON JOINT MOTION FOR
## CONTINUANCE OF FINAL APPROVAL HEARING

THIS MATTER came before the Court on Plaintiff's and Defendants' *Joint Motion for Continuance of Final Approval Hearing*, **Doc. 100.** The Court, having considered the motion and being otherwise fully advised in the premises, FINDS the Motion well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

(1) The Final Approval Hearing shall be continued, and set by subsequent Order, to a date on or after April 13, 2026.

        **IT IS SO ORDERED.**


                /s/_____
                JUDGE WILLIAM P. JOHNSON
                SENIOR UNITED STATES DISTRICT JUDGE

2

**Approved by:**

/s/Kedar Bhasker, *with consent*
KEDAR BHASKER
BHASKER LAW
2741 Indian School Rd. NE
Albuquerque, NM 87106
(505) 407-2088

CORBIN HILDEBRANDT
CORBIN HILDEBRANDT LAW OFFICE
2741 Indian School Rd. NE
Albuquerque, NM 87106
(505) 998-6626

GEOFFREY R. ROMERO
NIKKO HARADA
CHRISTOPHER WINTERS
ROMERO, HARADA & WINTERS, LLC
4801 All Saints Rd NW #A
Albuquerque, NM 87120
(505) 247-3338

*Attorneys for Plaintiff*

/s/Rodger Eckelberry
MEENA H. ALLEN
ALLEN LAW FIRM, LLC
6121 Indian School Road, NE, Suite 230
Albuquerque, New Mexico 87110
(505) 298-9400

RODGER ECKELBERRY
KEVIN P. ZIMMERMAN
BAKER & HOSTETLER LLP
200 Civic Center Drive
Suite 1200
Columbus, Ohio 43215-4138
(614) 228-1541

*Attorneys for Defendant*

007767.000021\4931-2585-9210.1